IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

ABRAHAM AYALA GARCIA

CASE 10-06125-ESL

CHAPTER 13

DEBTOR(S)

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on **August 10, 2010**. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate has been determined to be: $0.00

3. With respect to the attached payment plan:

PLAN DATE: July 09, 2010      PLAN BASE: $10,800.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 9/2/2010

☐ FAVORABLE          [X] UNFAVORABLE

1. ☐ FEASIBILITY 11 USC § 1325(a)(6):

2. ☐ INSUFFICIENTLY FUNDED § 1325(b):

3. ☐ UNFAIR DISCRIMINATION § 1322(b):

4. ☐ FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

5. ☐ FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

6. ☐ DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

7. [X] OTHER:
PENDING EVIDENCE: DSO POST-PETITION PAYMENT

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty Fee:$1,000.00 /$456.00/$544.00

Atty: JOSE PRIETO CARBALLO

/s/ Rosamar García Fontán

Rosamar García Fontán
USDC # 221004
For:
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062