# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

# Minute Entry

## Hearing Information:

Debtor: ABRAHAM AYALA GARCIA
Case Number: 10-06125-ESL13            Chapter: 13
Date / Time / Room: 9/22/2010 9:00 AM eslcrt2
Bankruptcy Judge: ENRIQUE S. LAMOUTTE
Courtroom Clerk: PATRICIA DAVILA
Reporter / ECR: JOSE ROMO

## Matter:

CONFIRMATION HEARING OF PLAN DATED 07/09/10 (#2)

## Appearances:

ALEJANDRO OLIVERAS RIVERA ✓
JOSE M PRIETO CARBALLO ✓

*[handwritten: TMTD (#11) — Only issue pending is DSO]*

## Proceedings:

ORDER:

☒ (Amended) dated 7.09.10 [Docket no. 2] ___CONFIRMED ☒NOT CONFIRMED ☒ LBR 3015
*[handwritten: — failure to appear — means on DSO —]*

___ Movant's application to withdraw motion is hereby granted. Re: Docket No. _____

___ Upon debtor[s]' failure to: ___ to appear at the 341 meeting of creditors, ___ make current payments to the Chapter 13 trustee, ___ appear at the hearing on confirmation, it is now ordered that the instant petition be and it is hereby dismissed.

The trustee is awarded $100.00 costs, ___ balance up to balance of fee to debtor[s]' attorney.

___ Debtor[s]' request for conversion to Chapter 7 is hereby granted. ___ The $25.00 conversion fee shall be paid to the Clerk from the funds held by the Chapter 13 trustee. The Chapter 13 trustee is awarded $100.00 costs.

___ Debtor[s]' request for dismissal is hereby granted. The Chapter 13 trustee is awarded $100.00 costs.

___There being no opposition, debtor[s]' request to set aside dismissal order [Docket # ___ ] is hereby granted.

___ The parties are granted ___ days to file a settlement agreement.

___Hearing on Confirmation/Contested Matter is continued to: _____

___Attorney's Fees:$3,000.00; Other:_____

/s/ Enrique S. Lamoutte
U.S. Bankruptcy Judge